**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Re: Bulldawg, LLC | : | |
| | : | Chapter 11 Subchapter V |
| | : | |
| | : | Bk. No.: 26 - 11972 - pmm |

**APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO RETAIN AND EMPLOY DEMETRIUS J. PARRISH, JR. AS ATTORNEY FOR DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**

The above captioned debtor-in- possession ("Debtor") hereby submits this application ("application") for an order authorizing Debtor to employ and retain Demetrius J. Parrish, Jr., Esquire as its bankruptcy counsel, *nunc pro tunc* to the Petition date and to pay Attorney's fees. In support of this Application, the Debtor respectfully represents as follows:

**STATUS OF CASE AND JURISDICTION**

1. On September 1, 2026, (the Petition Date) Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101 et.seq. (the "Bankruptcy Code").

2. The Debtor has continued in possession of its property and has continued to operate its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper in this Court pursuant to 29 U.S.C. §§1408 and 1409. The statutory and legal predicate for the relief sought herein is section 327(a) of the bankruptcy Code along with Bankruptcy Rule 2014.

**BACKGROUND OF THE DEBTORS**

4. Debtor is a Pennsylvania Limited Liability Company that owns and manages residential properties to rent in the Commonwealth of Pennsylvania.

5. Debtor filed the instant Chapter 11 Subchapter Vbankruptcy because one of its properties was listed for sheriff sale by the Philadelphia County Sheriff on September 1, 2026.

6. Debtor intends reorganize to pay its debts to its Creditors.

**RELIEF REQUESTED**

7. By this Application, Debtor seeks to employ and retain Demetrius J. Parrish, Jr., Esquire as its principal bankruptcy counsel with regard to the filing of its Chapter 11 Subchapter V petition and the prosecution of its Chapter 11 case. Accordingly, Debtor respectfully requests entry of an order under Bankruptcy Code §§ 327(a) and 329 authorizing Debtor to employ and retain Demetrius J. Parrish, Jr. as its attorney under a general retainer to perform the legal services that will be necessary during its Chapter 11 Subchapter V case, as more fully described below.

**BASIS FOR RELIEF**

8. Demetrius J. Parrish, Jr., Esquire has reviewed Debtor's circumstances and is familiar with Debtor's business and legal affairs. The continued representation of the Debtor by counsel as to its restructuring and bankruptcy counsel is critical to the success of the Debtor's reorganization efforts.

9. Debtor has selected counsel because of his familiarity with Debtor's circumstances and knowledge in representing debtors in bankruptcies.

**SERVICES TO BE RENDERED**

10. The professional services that Demetrius J. Parrish, Jr. will render to the Debtor include, but shall not be limited to, the following:

a. providing legal advice with respect to the Debtor's power and duties as debtors in possession in the continued operation of its business;

b. preparation of and pursuit of confirmation of a plan of reorganization and approval of the corresponding solicitation procedures and disclosure statement;

c. preparing on behalf of the Debtors necessary applications, motions, answers, orders, reports and other legal papers;

d. appearing in Court and otherwise protecting the interests of the Debtor before the Court; and;

e. performing all legal services for the Debtor which may be necessary and proper in these proceedings.

11. The Debtor desires to retain counsel at an hourly rate of $400.00 per hour because of the nature of the legal services that may be required.

**CONCLUSION**

WHEREFORE, the Debtor, respectfully requests that this Court enter an order substantially in the form attached hereto authorizing the Debtor to employ and retain Demetrius J. Parrish, Jr. as bankruptcy counsel for Debtor effective as of the Petition Date and granting the Debtor such other and further relief as is just and proper.

Date: September 2, 2026

/s/ Terrance C. Stewart, Jr.
Terrance C. Stewart, Jr., managing
member of Bulldawg, LLC